Case 7:18-cv-04579-CS   Document 50   Filed 10/30/19   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

PHILIP BRININGER, on behalf of himself, individually, and on behalf of all others similarly-situated,

           Plaintiff,

-against-

FRED A. COOK, JR., INC., and BRIAN F. COOK, an individual,

           Defendants.

-----------------------------------------------------------x

Case No. 7:18-cv-4579-CS

**STIPULATION AND ORDER OF** <u>**DISMISSAL WITH PREJUDICE**</u>

**WHEREAS**, the parties in this action have reached an agreement in principle to resolve this matter, which the parties have reduced to writing and submitted to this Court for review and approval; and

**WHEREAS**, this Court, having reviewed the settlement agreement,

**NOW THEREFORE** upon the joint application of all parties, by their respective counsel, for entry of an Order of Voluntary Dismissal with Prejudice approving the parties' negotiated settlement in this action; and the parties' having consented to the entry of this Order; and sufficient cause appearing for the same; after due deliberation;

It is **HEREBY ORDERED AS FOLLOWS**:

1.    The parties' settlement has been negotiated in good faith at arm's length by the parties' respective counsel;

2.    The settlement, including the allocation of Plaintiff's recovery and attorneys' fees and expenses to Plaintiff's counsel, is approved as a fair and reasonable disposition of Plaintiff's Fair Labor Standards Act claims, pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d

Case 7:18-cv-04579-CS Document 50 Filed 10/30/19 Page 2 of 2

1999 (2d Cir. 2015) and *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012); and

3. Accordingly, this action, and all of the claims asserted herein, is hereby dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), without an award of costs or attorneys' fees to any party except as provided for in the parties' settlement agreement; and

4. The Court shall retain jurisdiction over this matter solely to enforce the parties' settlement.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

Dated: New York, New York
October 30, 2019

| BORRELLI & ASSOCIATES, P.L.L.C. | GORDON REES SCULLY MANSUKHANI, LLP |
|---|---|
| By: _____ <br> Michael R. Minkoff <br> 655 Third Avenue, Suite 1821 <br> New York, New York 10017 <br> (212) 679-5000 | By: _____ <br> Jeffrey A. Camhi <br> 1 Battery Park Plaza, 28th Floor <br> New York, New York 10004 <br> (212) 269-5500 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**SO ORDERED**

Dated: White Plains, New York
October 30, 2019.

_____
THE HONORABLE CATHY SIEBEL
UNITED STATES DISTRICT JUDGE

The Clerk shall close the case.

10